421535

# UNITED STATES DISTRICT COURT
## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-2370JRT/SRN **Case Title:** Absolute Fixture Services v. The Carlson Company, Inc.

**Affidavit of Movant**

I, Timothy C. Cook, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Cari Anne Renlund, an attorney admitted to practice in the Western District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the XXXXXXXX ( )defendant The Carlson Co., Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature /Timothy C. Cook MN Attorney License #157983 157983 Date 1/16/02

**Affidavit of Proposed Admittee**

I, Cari Anne Renlund, am currently a member in good standing of the U.S. District Court for the Western District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Cari Anne Renlund
Type/Print Name

Signature

1-14-02
Date January 14, 2002

Attorney License Number: Wisconsin Bar No. 1037990

Law Firm Name & Address: DeWitt Ross & Stevens S.C.

2 East Mifflin Street, Suite 600

Madison, WI 53703-2865

Telephone: ( ) 608-255-8891

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

JAN 18 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________