**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ABSOLUTE FIXTURE, Civil No. 01-2370 (JRT/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

CARLSON COMPANY INC.,

Defendant.

---

Patrick V. Johnson, SPEETER JOHNSON HAMILTON & WURST, 120 South Sixth Street, Suite 1515, Minneapolis, MN 55402, for plaintiff.

Timothy C. Cook, MOORE COSTELLO & HART, 701 Fourth Avenue South, Suite 1350, Minneapolis, MN 55415; William E. McCardell, DeWITT ROSS & STEVENS, Two Mifflin Street East, Suite 600, Madison, WI 53703, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: February 14, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED FEB 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK