UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Absolute Fixture Services, Inc.,

Plaintiff,

vs.

Case No.: 01 2370
JRT/SRN

The Carlson Company, Inc.,

Defendant,

**STIPULATION AND ORDER FOR DISMISSAL**

---

**PLEASE TAKE NOTICE** that the parties to the above-captioned action, through their undersigned attorneys, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, dismiss this action with prejudice and without award of costs or attorneys' fees to either party. The Court is hereby authorized and requested to dismiss said action with prejudice and without award of costs or attorneys' fees to either party.

Dated 2-26-03

SPEETER, JOHNSON, HAMILTON & WURST

By: [signature]
Patrick V. Johnson #51500
Attorney for Plaintiff
1515 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
612-339-7566

FILED 3-11-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By: ______________________________
Willam F. McCardell
(Wis. State Bar #1014770)
Cari Anne Renlund
(Wis. State Bar #1037990)
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
608-255-8891

**Moore, Costello & Hart, P.L.L.P.**

By: ______________________________
Timothy C. Cook
(Minn. State Bar #157983)
Moore, Costello & Hart, P.L.L.P.
701 Fourth Avenue South, Ste. 1350
Minneapolis, MN 55415
(612) 673-0148

**Attorneys for Defendant**
**The Carlson Company, Inc.**

**ORDER**

So Ordered:

March 10, 2003

By: ______________________________
John R. Tunheim
United States District Judge